UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KWOK FAI LI, <br><br> Petitioner, <br><br> v. <br><br> U.S. Dept. of Homeland Security, et. al., <br><br> Respondents. | No. C19-2015-RAJ-MLP <br><br> JOINT STIPULATION AND [proposed] ORDER CONSENTING TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION <br><br> NOTE ON MOTION CALENDAR: Today |

COMES NOW Respondents, by and through their counsel, Brian T. Moran, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and Petitioner, by and through his counsel William Frick, and hereby jointly stipulate and agree as follows:

WHEREAS on December 10, 2019, Petitioner filed a habeas petition challenging his continued immigration detention. Dkt. No. 1.

WHEREAS on January 13, 2020, Petitioner was removed from the United States.

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C19-2015-RAJ-MLP)- P a g e | **1**

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

WHEREAS the parties agree that Petitioner's removal rendered the habeas petition moot. *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007).

WHEREAS the parties agree that this action should be dismissed as moot without fees or costs to either party.

WHEREAS the parties consent to proceed before the assigned Magistrate Judge under 28 U.S.C. § 636(c).

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.

SO STIPULATED.

DATED this 24th day of January, 2020.

BRIAN T. MORAN
United States Attorney


 /s Kristin B. Johnson
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kristin.b.johnson@usdoj.gov
Attorney for Respondents

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C19-2015-RAJ-MLP)- P a g e | **2**

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

SO STIPULATED.

DATED this 24th day of January, 2020.

 /s William Frick
WILLIAM FRICK, WSBA #26648
Law Office of Wiliam Frick
719 Second Avenue, Suite 701
Seattle, Washington 98104
(206) 286-0167
Attorney for Petitioner

## **ORDER**

IT IS SO ORDERED.

DATED this 27th day of January, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

JOUNT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C19-2015-RAJ-MLP)- P a g e | **3**

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**